IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL SIWEK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue sentencing hearing (filing 47) is granted;

(2)   Defendant Siwek's sentencing hearing before the undersigned United States district judge is rescheduled to Thursday, September 1, 2005, at 1:00 p.m., in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

July 27, 2005.            BY THE COURT:

                  s/ *Richard G. Kopf*
                  United States District Judge